date recvd 7/10/19 AJ

DF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DERRICK U DENNIS, on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

AEVOE CORP D/B/A MOSHI,

Defendant.

Docket No: 1:19-cv-01705-ARR-VMS

**NOTICE OF SETTLEMENT**

Now comes the Plaintiff DERRICK U DENNIS by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. A settlement in principle has been reached between Plaintiff and Defendant and settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

Dated:   Queens, New York
         July 3, 2019

Respectfully submitted,

/s/ *Jonathan Shalom*

Jonathan Shalom, Esq.

In light of the parties' settlement the Clerk of Court is requested to close the case without prejudice to the right to reopen within 14 days if the settlement is not consummated. So ordered.

s/ Allyne R. Ross  USDJ  7/8/19